# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremiah Phipps,<br><br>                Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>                Defendants. | No. CV-14-02205-PHX-NVW (BSB)<br><br>**REPORT AND RECOMMENDATION** |

      This matter is before the Court on its own review.  On March 13, 2015, the Court ordered Plaintiff to return to the Court, within twenty-one days, completed service packets for service on Defendant Churchwell.  (Doc. 17 at 7.)

      The deadline for returning the completed service packets passed, and Plaintiff did not return completed service packets to the Court.  Accordingly, on April 24, 2015, the Court ordered Plaintiff to show cause on or before May 15, 2015 why this matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b) ("[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order . . . ).  (Doc. 18.)

      Plaintiff has neither responded to the Court's April 24, 2015 Order nor returned a completed service packet to the Court.  Accordingly, it is recommended that this matter be dismissed without prejudice for failure to comply with the Court's March 13, 2015 and April 24, 2015 Orders.  (Docs. 17, 18.)

      Accordingly,

1      **IT IS RECOMMENDED** that the Court dismiss this matter without prejudice for
2  failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b).

3      This recommendation is not an order that is immediately appealable to the Ninth
4  Circuit Court of Appeals.  Any notice of appeal pursuant to Federal Rule of Appellate
5  Procedure 4(a)(1), should not be filed until entry of the District Court's judgment.  The
6  parties have fourteen days from the date of service of a copy of this recommendation
7  within which to file specific written objections with the Court.  *See* 28 U.S.C.
8  § 636(b)(1); Fed. R. Civ. P. 6 and 72.  Thereafter, the parties have fourteen days within
9  which to file a response to the objections.  Failure to file timely objections to the
10 Magistrate Judge's Report and Recommendation may result in the District Court's
11 acceptance of the Report and Recommendation without further review.  *See United States*
12 *v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Failure to file timely objections to
13 any factual determination of the Magistrate Judge may be considered a waiver of a
14 party's right to appellate review of the findings of fact in an order or judgment entered
15 pursuant to the Magistrate Judge's recommendation.  *See* Fed. R. Civ. P. 72.

16     Dated this 28th day of May, 2015.

_____
Bridget S. Bade
United States Magistrate Judge